JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HENRY AGUILA,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. EDCV 5:20-CV-00649 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment filed by Scottsdale Insurance Company is **GRANTED** as to all of Plaintiff's claims.

Dated: June 25, 2021

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge